UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES SCHWAB & CO., INC.,

            Plaintiff,

v.                                          Case No.  8:05-cv-2267-T-24TGW

RONALD LUMLEY and CHRISTOPHER
BLANCETT, individually,

            Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Notice of Settlement and Unopposed Motion to Discharge Bond from Court Registry (Doc. No. 14).  Plaintiff advises that the parties have reached a negotiated settlement and requests that the matter be dismissed with prejudice.

On December 13, 2005, Plaintiff posted a bond in the amount of $25,000.00 with the Clerk of the Court pursuant to this Court's Order Granting Plaintiff's Emergency Motion for a Temporary Restraining Order (Doc. No. 11).  Plaintiff advises that the parties stipulate to the discharge of the $25,000.00 bond posted by Plaintiff.

Having considered Plaintiff's Notice of Settlement and Unopposed Motion to Discharge Bond from Court Registry (Doc. No. 14), and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this action is dismissed with prejudice.  The Clerk of the Court shall forward to Plaintiff the $25,000.00 bond plus any interest thereon and send the same care of Plaintiff's counsel.  The Clerk is Court is directed to **CLOSE** this case and **TERMINATE** all pending motions.

**DONE** and **ORDERED** at Tampa, Florida, this 30th day of December, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record